IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS** for and on behalf of
**WEST VIRGINIA UNIVERSITY,**

    Plaintiff,

v.                                                                  Civil Action No. 07-C-851
                                                  (Hon. Robert B. Stone, Judge)

**RICHARD RODRIGUEZ,**

    Defendant.

## NOTICE OF FILING
## OF NOTICE OF REMOVAL
## FILED BY DEFENDANT RICHARD RODRIGUEZ

Defendant, Richard Rodriguez, by counsel, hereby gives Notice that he has filed a Notice of Removal in the case at bar.

Attached hereto and marked as "Exhibit 1" is a true and accurate copy of the Notice of Removal filed by Defendant Richard Rodriguez in the United States District Court for the Northern District of West Virginia in the above-captioned matter.

Pursuant to 28 U.S.C. § 1446(d) this action is now removed to the aforementioned United States District Court, and the Circuit Court of Monongalia County, West Virginia shall proceed no further in this matter.

                                                            **RICHARD RODRIGUEZ**
                                                            ---------By Counsel----------

_____
Sean P. McGinley, Esq. (WV Bar No. 5836)
DITRAPANO BARRETT & DIPIERO PLLC
604 Virginia Street East
Charleston, WV 25301
Phone: 304-342-0133
Fax:    304-342-4605

Marvin A. Robon, Esq. (OH/0000644)
R. Ethan Davis, Esq. (OH/0073861)
**BARKAN & ROBON LTD.**
1701 Woodlands Drive, Suite 100
Maumee, OH 43537
Phone: (419) 897-6500
Fax:    (419) 897-6200
      Co-counsel for Defendant

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS for and on behalf of
WEST VIRGINIA UNIVERSITY,

    Plaintiff,

v.                                              Civil Action No. 07-C-851
                                                (Hon. Robert B. Stone, Judge)

**RICHARD RODRIGUEZ,**

    Defendant.

## CERTIFICATE OF SERVICE

    I, Sean P. McGinley, do certify that on this 15th day of January 2008, I served a true and exact copy of the foregoing on counsel of record via first class U.S. mail as follows:

Thomas V. Flaherty, Esq.
Jeffrey M. Wakefield, Esq.
Jaclyn A. Bryk, Esq.
**FLAHERTY SENSABAUGH & BONASSO, PLLC**
PO Box 3843
Charleston, WV 25338-3843

_____
Sean P. McGinley, Esq. (WV Bar No. 5836)