West Virginia University Board of Governors v. Rodriguez — Doc. 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


FILED
JAN 16 2008

West Virginia University
Board of Governors
　　**Plaintiff(s),**

　　　　v.　　　　　　　　　　　　Civil　No: 1:08CV41

Richard Rodriguez
　　**Defendant(s).**

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| | |
|---|---|
| Marvin A. Robon | Richard Rodriguez |
| Applicant's Name | Representing (Party Name) |
| Barkan & Robon Ltd. | 1701 Woodlands Dr., Maumee, OH 43537 |
| Name of Firm | Office Address |
| (419) 897-6500 | (419) 897-6200 |
| Office Telephone Number | Office Fax Number |
| bar-rob@accesstoledo.com | |
| E-mail Address | |

Name, Address, and Telephone Numbers of State Bars in which admitted:

Ohio Supreme Court, 65 South Front St., Columbus, OH 43215 (614) 387-9320, Bar #0000664
United States District Court for the Northern District of Ohio, 1701 Spielbusch Ave., Toledo, Ohio 43604 (419) 213-5500
US Sixth Circuit Court of Appeals, 100 E. Fifth St., Cincinnati, OH 45202 (513) 564-7000

List all matters before West Virginia tribunals or judicial bodies in which <u>the applicant</u> is or has been involved in the preceding twenty-four (24) months:

None

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

Dockets.Justia.com

* All matters before West Virginia tribunals or judicial bodies in which <u>any member of applicant's firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:

None

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourt.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel. Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I certify that I have submitted with this application the requisite fee of Fifty Dollars ($50.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia. I further certify that I have paid the West Virginia State Bar *pro hac vice* fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

_____
Signature of Applicant

Sean P. McGinley
Name of Responsible Local Attorney

DiTrapano, Barrett & Dipiero, P.L.L.C.
Name of Firm

(304) 342-0133
Office Telephone Number

604 Virginia St. East, Charleston, WV 25301
Office Address

mcginley@dbdlaw1.com
E-mail Address

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I further certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis.

_____
(Signature of Responsible Local Attorney