STATE OF WEST VIRGINIA

COUNTY OF MONONGALIA, TO-WIT:

**FILED**

JAN 1 7 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

    I, Jean Friend, Clerk of the Circuit Court of Monongalia County, State aforesaid, hereby certify that the foregoing are copies of the original papers filed, and a complete record of the proceedings had in the within action of

**WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, ETC.**

vs.      Civil Action No. **07-C-851**

**RICHARD RODRIGUEZ**

lately pending in said Circuit Court.

    Given under my hand and the seal of said Circuit Court on this 16th day of January, 2008.

_____
Circuit Clerk of Monongalia Co., WV

```
CASE NO. 07-C-851                                          OPENED 12/27/07

   JUDGE...        JUDGE ROBERT B. STONE

   PLAINTIFF.  WEST VIRGINIA UNIVERSITY BD OF GOVERNORS FOR
VS DEFENDANT.  RICHARD RODRIGUEZ

   PRO ATTY..  THOMAS V. FLAHERTY/FITZSIMMONS
   DEF ATTY..


   PAGE#     DATE MEMORANDUM..............

   00001 12/27/07 Complaint for Declaratory Judgment filed
   00002 12/27/07 Pl's 1st Req for Adm, Interr, Req for Prod of Docs fld
   00003 12/27/07 Process along w/discovery issued (ret'd to atty)
   00004 12/27/07 Process along w/discovery issued, CM,RRR,RD
   00005 12/28/07 *Notice of Appearance by Fitzsimmons as Co-counsel for Pl
   00006  1/03/08 Process executed in person on Richard Rodriguez on 12/29/07
   00007  1/16/08 Notice of Filing of Notice of Removal Filed by Def.
   00008  1/16/08 Notice of Removal
   00009  1/16/08 REMOVED TO FEDERAL COURT
```

# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES
(Other than Domestic Relations)

In the Circuit Court, _____Monongalia_____ County, West Virginia

## I. CASE STYLE:

**Plaintiff(s)**

West Virginia University Board of

Governors for and on behalf of West

Virginia University

Case # _07-C-851_

Judge: _RBS_

vs.

**Defendant(s)** Richard Rodriguez

3960 Eastlake Dr.
**Street**
Morgantown, WV 26508
**City, State, Zip**

**Days to Answer**

20

20

**Type of Service**

Personal (returned to attorney for service)

Certified Mail

_____
**Street**
_____
**City, State, Zip**

_____
**Street**
_____
**City, State, Zip**

FILED

DEC 27 2007

JEAN FRIEND
CIRCUIT CLERK

_____
**Street**
_____
**City, State, Zip**

Original and __2__ copies of complaint enclosed/attached.

SCA-C100.02 / 1 of 2

| PLAINTIFF: West Virginia University Board of Governors | CASE NUMBER: |
| --- | --- |
| DEFENDANT: Richard Rodriguez | |

II. TYPE OF CASE:

- ☐ General Civil
- ☐ Mass Litigation
  (As defined in T.C.R. Rule XIX (c))
    - ☐ Asbestos
    - ☐ Carpal Tunnel Syndrome
    - ☐ Diet Drugs
    - ☐ Environmental
    - ☐ Industrial Hearing Loss
    - ☐ Silicone Implants
    - ☐ Other: _____

- ☐ Adoption
- ☐ Administrative Agency Appeal
- ☐ Civil Appeal from Magistrate Court
- ☐ Miscellaneous Civil Petition
- ☐ Mental Hygiene
- ☐ Guardianship
- ☐ Medical Malpractice

- ☐ Habeas Corpus/Other Extraordinary Writ
- ☑ Other: Declaratory Judgment

III. JURY DEMAND: ☑ Yes ☐ No

CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR): ____/____    Unknown at this time

IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY? ☐ YES ☑ NO
    IF YES, PLEASE SPECIFY:
    ☐ Wheelchair accessible hearing room and other facilities
    ☐ Interpreter or other auxiliary aid for the hearing impaired
    ☐ Reader or other auxiliary aid for the visually impaired
    ☐ Spokesperson or other auxiliary aid for the speech impaired
    ☐ Other:_____

Attorney Name: Thomas V. Flaherty
Firm: Flaherty, Sensabaugh & Bonasso
Address: PO Box 3843, Charleston, WV 25338
Telephone: (304) 345-0200
Dated: December 27, 2007

Representing:
☑ Plaintiff ☐ Defendant
☐ Cross-Complainant ☐ Cross-Defendant

Signature

☐ Proceeding Without an Attorney

SCA-C100.02 / 2 of 2