# SUMMONS

## CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS for and on
behalf of WEST VIRGINIA UNIVERSITY,

           Plaintiff,

v.                          Civil Action No.: 07-C-851

RICHARD RODRIGUEZ,

           Defendant.

To the above-named Defendant:    Richard Rodriguez
                                     3960 Eastlake Dr.
                                     Morgantown, WV 26508

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Flaherty, Sensabaugh & Bonasso, PLLC, counsel for West Virginia University Board of Governors for and on behalf of West Virginia University, whose address is P.O. Box 3843, Charleston, WV 25338, an Answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action. Plaintiff's Requests for Admission, Interrogatories, and Requests for Production are also due within thirty (30) days of the date of service upon you.

Dated: December 27, 2007
Thomas V. Flaherty (WV Bar No. 1213)
Jeffrey M. Wakefield (WV Bar No. 3894)
Jaclyn A. Bryk (WV Bar No. 9969)
Flaherty, Sensabaugh & Bonasso, PLLC
Post Office Box 3843
Charleston, West Virginia 25338-3843
*Attorneys for Plaintiff*

---

**Certified Mail Receipt:**

7160 3901 9845 2353 9593

TO: RICHARD RODRIGUEZ
3960 Eastlake Drive
Morgantown WV 26508

SENDER: CAG

REFERENCE: 07-C-851 Summons/Complaint

RETURN RECEIPT SERVICE

PS Form 3800, January 2005

| | |
|---|---|
| Postage | .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee | 2.15 |
| Restricted Delivery | 4.10 |
| Total Postage & Fees | 9.31 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

07-C-85(?)

STATE OF WEST VIRGINIA, COUNTY OF MONONGALIA TO-WIT:

I Executed the within _Summons_ in my bailiwick by delivering a true copy thereof to the within named _Richard Rodriguez_

[ ] **PERSONAL SERVICE**

[ ] Being unable to make Personal Service, a copy was delivered in the following manner:

[ ] Delivered to _____ of said corporation in person and he/she then being a resident of said county and State.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above: _____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, as aforesaid above. (Other authorized recipient not found.)

[ ] **NOT FOUND**

Given under my hand this ___ day of _____ 20___

**Joseph C. Bartolo**, Sheriff of Monongalia County, West Virginia

By _____ Process Server or Deputy for Joseph C. Bartolo, Sheriff

N.R. 12/28/07 9:50 AM (GH)   N.R. 12/19/07 3:54 - LEFT NOTICE (GH)

FILED
JAN - 3 2008
JEAN FRIEND
CIRCUIT CLERK