RPF/kse:12-28-07

# IN THE CIRCUIT COURT OF
# MONONGALIA COUNTY, WEST VIRGINIA

| | |
|---|---|
| WEST VIRGINIA UNIVERSITY ) | |
| BOARD OF GOVERNORS FOR ) | |
| AND ON BEHALF OF ) | |
| WEST VIRGINIA UNIVERSITY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-C-851 |
| ) | |
| RICHARD RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please be advised that Robert P. Fitzsimmons and Robert J. Fitzsimmons, Fitzsimmons Law Offices, 1609 Warwood Avenue, Wheeling, West Virginia 26003, will be appearing as co-counsel with Thomas V. Flaherty and Alexander Macia, on behalf of the West Virginia University Board of Governors For and On Behalf of West Virginia University in the above-styled matter. Copies of all correspondence and pleadings should be copied to Attorneys Robert P. Fitzsimmons and Robert J. Fitzsimmons.

WEST VIRGINIA BOARD OF GOVERNORS
FOR AND ON BEHALF OF
WEST VIRGINIA UNIVERSITY

FILED
DEC 28 2007
JEAN FRIEND
CIRCUIT CLERK

By: _Robert J. Fitzsimmons_
       Of Counsel

Thomas V. Flaherty, Esq.
W.Va. State Bar No. 1213
Flaherty, Sensabaugh & Bonasso
200 Capitol St
PO Box 3843
Charleston WV 25338-3843
(304)345-0200
tomf@fsbwv.com

Alexander Macia
W.Va. State Bar No. 6077
VP Legal Affairs/General Counsel WVU
105 Stewart Hall
Morgantown, WV 26506
(304)293-5670
alex.macia@mail.wvu.edu

Robert P. Fitzsimmons
W.Va. State Bar No. 1212
Robert J. Fitzsimmons
W.Va. State Bar No. 9656
FITZSIMMONS LAW OFFICES
1609 Warwood Avenue
Wheeling, WV 26003
(304)277-1700
fitzlaw@fitzlawoffices.com

## CERTIFICATE OF SERVICE

Service of the forgoing **NOTICE OF APPEARANCE** was made upon the defendant by depositing and/or faxing a true copy thereof, with the Clerk of the Circuit Court of Monongalia County, West Virginia, c/o Ms. Jean Friend, Monongalia County Courthouse, 243 High Street, Morgantown, WV 26505, on this the **28th day** of **December, 2007.**

*[signature]*
Of Counsel for West Virginia
University Board of Governors
For and On Behalf of
West Virginia University

Thomas V. Flaherty, Esq.
W.Va. State Bar No. 1213
Flaherty, Sensabaugh & Bonasso
200 Capitol St
PO Box 3843
Charleston WV 25338-3843
(304)345-0200
tomf@fsbwv.com

Alexander Macia
W.Va. State Bar No. 6077
VP Legal Affairs/General Counsel WVU
105 Stewart Hall
Morgantown, WV 26506
(304)293-5670
alex.macia@mail.wvu.edu

Robert P. Fitzsimmons
W.Va. State Bar No. 1212
Robert J. Fitzsimmons
W.Va. State Bar No. 9656
FITZSIMMONS LAW OFFICES
1609 Warwood Avenue
Wheeling, WV 26003
(304)277-1700
fitzlaw@fitzlawoffices.com