

OFFICE OF THE CLERK

## THE CIRCUIT COURT OF MONONGALIA COUNTY

SEVENTEENTH JUDICIAL CIRCUIT
243 HIGH STREET
MORGANTOWN, W.VA. 26505-5400

MRS. JEAN FRIEND,
CLERK OF THE CIRCUIT COURT

TELEPHONE#(304) 291-7240



ROBERT B. STONE, JUDGE
RUSSELL M. CLAWGES, JR., JUDGE

FAX#(304) 291-7273

# RECEIVED

JAN 1 7 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

January 16, 2008

Dr. Wally Edgell, Clerk
United States District Court
Post Office Box 2857
Clarksburg, WV 26301

IN RE: WV University of Bd. Of Gov.
Vs.
Richard Rodriguez
Civil Action No.  07-C-851

Dear Dr. Edgell:

Enclosed please find copies of all pleadings filed in the above styled civil action that are being forwarded to you since this action has been removed to your Court.

Please contact this office if we can be of any further assistance in this matter.

Very truly yours,

Jean Friend
Circuit Clerk of Monongalia County

Enclosures

syt

Dockets.Justia.com