07-C-851

STATE OF WEST VIRGINIA, COUNTY OF MONONGALIA TO-WIT:

I Executed the within _Summons_ in my bailiwick by delivering a true copy thereof to the within name _Richard Rodriguez_.

☒ **PERSONAL SERVICE**

Being unable to make Personal Service, a copy was delivered in the following manner:

☐ Delivered to _____ of said corporation, in person and he/she then, being a resident of said County and State.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ NOT FOUND

Given under my hand this _29_ day of _Dec_, 20_07_

**Joseph C. Bartolo**, Sheriff of Monongalia County, West Virginia

By _Dep Bise_  Process Server or Deputy for Joseph C. Bartolo, Sheriff
N.R. 12/28/07 9:50 AM CBH )  N.R. 12/19/07 3:50 - LEFT NOTICE CBH

JAN
CIRCUIT CLERK

**EXHIBIT**
"A"