## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS for and on**
**behalf of WEST VIRGINIA UNIVERSITY,**

        **Plaintiff,**

**v.**                             **Civil Action No.: 1:08-CV-00041**
                                  **(Honorable Irene M. Keeley)**

**RICHARD RODRIGUEZ,**

        **Defendant.**

### CERTIFICATE OF SERVICE

I, Jeffrey M. Wakefield, hereby certify that on January 18, 2008, I electronically filed the "**PLAINTIFF WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS' MOTION TO REMAND AND MOTION FOR COSTS, EXPENSES, AND ATTORNEY FEES**" and "**PLAINTIFF WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND AND MOTION FOR COSTS, EXPENSES, AND ATTORNEY FEES**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Sean P. McGinley, Esq.
        DiTrapano, Barrett & DiPiero
        604 Virginia Street, East
        Charleston, West Virginia 25301
        Counsel for Defendant
        E-mail: mcginley@dbdlaw1.com

and I hereby certify that I have mailed, by United States Postal Service, the documents to the following non-CM/ECF participants this 18th day of January, 2008:

R. Ethan Davis, Esq.
Marvin A. Robon, Esq.
Barkin & Robon, Ltd.
1701 Woodlands Drive
Suite 100
Maumee, Ohio 43537

  /s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WV Bar No. 3894)
Flaherty, Sensabaugh & Bonasso, PLLC
Post Office Box 3843
Charleston, West Virginia  25338-3843
Telephone: (304) 345-0200
Facsimile: (304) 345-0260