December 18, 2007

Mr. Ed Pastilong
Athletic Director
West Virginia University

Mr. Pastilong:

I am informing you ~~I am revising~~ (RMR) my resignation date as Head Football Coach at West Virginia University effective 12:00 a.m. December 19, 2007.

Rich Rodriguez

CC;   Joyce Bucklew

**EXHIBIT "D"**