**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS for and on
behalf of WEST VIRGINIA UNIVERSITY,**

    **Plaintiff,**

**v.**            **Civil Action No.: 1:08-CV-00041
(Honorable Irene M. Keeley)**

**RICHARD RODRIGUEZ,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Jeffrey M. Wakefield, hereby certify that on January 20, 2008, I electronically filed the foregoing "**AMENDED COMPLAINT FOR DECLARATORY JUDGMENT, BREACH OF CONTRACT AND OTHER RELIEF**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Sean P. McGinley, Esq.
> DiTrapano, Barrett & DiPiero
> 604 Virginia Street, East
> Charleston, West Virginia 25301
> Counsel for Defendant
> Telephone: 304-342-0133
> Facsimile: 304-342-4605
> E-mail: mcginley@dbdlaw1.com

and I hereby certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participants this 20th day of January, 2008:

> R. Ethan Davis, Esq.
> Marvin A. Robon, Esq.
> Barkin & Robon, Ltd.
> 1701 Woodlands Drive
> Suite 100
> Maumee, Ohio 43537

  /s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WV Bar # 3894)
Flaherty, Sensabaugh & Bonasso, PLLC
P. O. Box 3843
Charleston, West Virginia 25338-3843
Telephone:  304-345-0200
Facsimile:  304-345-0260
E-mail:  jwakefield@fsblaw.com