1-RPF-01/22/08-skh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## Clarksburg Division

| | |
|---|---|
| WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, For and On Behalf of WEST VIRGINIA UNIVERSITY, ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 1:08-CV-00041 |
| vs. ) ) | (Honorable Irene M. Keeley) |
| RICHARD RODRIGUEZ, ) ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please take notice that Robert P. Fitzsimmons and Robert J. Fitzsimmons, of Fitzsimmons Law Offices, 1609 Warwood Avenue, Wheeling, West Virginia 26003, will be appearing as co-counsel with Thomas V. Flaherty, Jeffrey M. Wakefield, Jaclyn A. Bryk and Alexander Macia on behalf of the plaintiff, West Virginia University Board Of Governors, For and On Behalf of West Virginia University, in the above-styled action.

Dockets.Justia.com

Respectfully submitted,

**WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, For and On Behalf of WEST VIRGINIA UNIVERSITY**

By: _____
Of Counsel

Alexander Macia (6077)
VP Legal Affairs/General Counsel WVU
105 Stewart Hall
Morgantown, WV  26506
Phone:   (304) 293-5670
Fax:     (304) 293-2326
E-Mail:  alex.macia@mail.wvu.edu

Thomas V. Flaherty (1213)
Jeffrey M. Wakefield (3894)
Jaclyn A. Bryk (9969)
Special Assistant Attorney Generals
Flaherty Sensabaugh & Bonasso PLLC
PO Box 3843
Charleston, WV  25338-3843
Phone:   (304) 345-0200
Fax:     (304) 345-0260
E-Mail:  tfhaherty@fsblaw.com
E-Mail:  jwakefield@fsblaw.com
E-Mail:  jbryk@fsblaw.com

Robert P. Fitzsimmons (1212)
Robert J. Fitzsimmons (9656)
Special Assistant Attorney Generals
Fitzsimmons Law Offices
1609 Warwood Ave
Wheeling WV  26003
Phone:   (304) 277-1700
Fax:     (304) 277-1705
E-Mail:  fitzlaw@fitzlawoffices.com

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served to the following through the Court's ECF System or by regular United States mail to non-ECF participants on the 22nd day of January, 2008:

**Richard Rodriguez**
c/o Sean P. McGinley Esq.
DiTrapano Barrett & Dipiero PLLC
604 Virginia St E
Charleston, WV 25301
(E-Mail: mcginley@dbdlaw1.com)

and

c/o Marvin A. Robon Esq.
R. Ethan Davis Esq.
Barkan & Robon Ltd
1701 Woodlands Dr Ste 100
Maumee, OH 43537
(E-Mail: MAR.br@bex.net)
(E-Mail: RED.br@bex.net)

_____
Of Counsel for Plaintiff