```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**WEST VIRGINIA UNIVERSITY BOARD**
**OF GOVERNORS for and on behalf**
**of West Virginia University,**

        **Plaintiff,**

**v.**                      **CIVIL ACTION NO. 1:08CV41**
                                    **(Judge Keeley)**

**RICHARD RODRIGUEZ,**

        **Defendant.**

## ORDER

    For reasons appearing to it, the Court **TRANSFERS** the above-styled civil action to the docket of the Honorable John P. Bailey, United States District Judge.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 23, 2008

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE