**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS for and on
behalf of WEST VIRGINIA UNIVERSITY,**

        **Plaintiff,**

**v.**             Civil Action No.: 1:08-CV-00041
        (Honorable John P. Bailey)

**RICHARD RODRIGUEZ,**

        **Defendant.**

## CERTIFICATE OF SERVICE

I, Jeffrey M. Wakefield, hereby certify that on January 29, 2008, I electronically filed the "**PLAINTIFF WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS' MOTION FOR JURISDICTIONAL DISCOVERY**" and "**PLAINTIFF WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JURISDICTIONAL DISCOVERY**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Sean P. McGinley, Esq.
    DiTrapano, Barrett & DiPiero
    604 Virginia Street, East
    Charleston, West Virginia 25301
    *Counsel for Defendant*

I hereby certify that I have mailed, by United States Postal Service, the documents to the following non-CM/ECF participants this 29th day of January, 2008:

    R. Ethan Davis, Esq.
    Marvin A. Robon, Esq.
    Barkin & Robon, Ltd.
    1701 Woodlands Drive
    Suite 100
    Maumee, Ohio 43537
    *Counsel for Defendant*

  /s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WV Bar No. 3894)
Flaherty, Sensabaugh & Bonasso, PLLC
Post Office Box 3843
Charleston, West Virginia  25338-3843
Telephone: (304) 345-0200
Facsimile: (304) 345-0260