# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS,**

    Plaintiff,

**v.**                                  **CIVIL NO. 1:08-CV-41
(Judge Bailey)**

**RICHARD RODRIGUEZ,**

    Defendant.

### ORDER APPROVING APPLICATION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of R. Ethan Davis [Doc. 3], it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 30, 2008.

*[signature]*
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE

1