**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS,**

    Plaintiff,

**v.**                                              **CIVIL NO. 1:08-CV-41**
                                                      **(Judge Bailey)**

**RICHARD RODRIGUEZ,**

    Defendant.

### ORDER APPROVING APPLICATION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of R. Ethan Davis [Doc. 3], it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 30, 2008.

                                                    JOHN PRESTON BAILEY
                                                   UNITED STATED DISTRICT JUDGE