# EXHIBIT B

Michigan Voter Registration Application receipt (rotated sideways on page):

**Secretary of State** — Terri Lynn Land — www.Michigan.gov/sos

**MICHIGAN VOTER REGISTRATION APPLICATION**

SAVE THIS RECEIPT.

12/27/2007  D6V361109  0533

RICHARD ALAN RODRIGUEZ
ANN ARBOR                MI    48108

Voter Jurisdiction   ANN ARBOR          City

- IMPORTANT NOTICES -

**TO REGISTER TO VOTE YOU MUST BE:** A United States citizen; at least 18 years of age (by election day); and a resident of Michigan and the city or township where you are applying to register to vote.

**VOTER I.D.:** Your application is not valid until accepted by the clerk of the city or township in which you reside. If you do not receive a Voter I.D. card within three weeks, contact your clerk. Save your receipt until you receive your Voter I.D. card.

**NOTE:** If you register to vote, the office where you submit your registration application will remain confidential and will be used only for voter registration purposes. If you do not wish to register to vote, your decision not to register will remain confidential and will be used only for voter registration purposes.