West Virginia University Board of Governors v. Rodriguez | Doc. 18 Att. 3

EXHIBIT C



Dockets.Justia.com