FedEx | Track

**Track Shipments/FedEx Kinko's Orders**
**Detailed Results**



EXHIBIT D

| | |
|---|---|
| Tracking number | 864021900750 |
| Signed for by | G.BOWERS |
| Ship date | Jan 10, 2008 |
| Delivery date | Jan 11, 2008 9:39 AM |
| Delivered to | Receptionist/Front Desk |
| Service type | Priority Envelope - Direct Signature Required |
| Status | Delivered |
| Signature image available | Yes |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 11, 2008 | 9:39 AM | Delivered | MORGANTOWN, WV | |
| | 8:47 AM | On FedEx vehicle for delivery | MORGANTOWN, WV | |
| | 8:01 AM | At local FedEx facility | PITTSBURGH, PA | |
| | 5:05 AM | At dest sort facility | NEWARK, NJ | |
| | 2:24 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:30 AM | Arrived at FedEx location | | |
| Jan 10, 2008 | 9:01 PM | Left origin | ANN ARBOR, MI | |
| | 3:35 PM | Picked up | ANN ARBOR, MI | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name:                    Your e-mail address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

Select format: ● HTML ○ Text ○ Wireless
Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions