IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS** for and on behalf of
**WEST VIRGINIA UNIVERSITY**,

    Plaintiff,

v.                                      Civil Action No. 1:08-CV-00041
                                      (Hon. John P. Bailey, District Judge)

**RICHARD RODRIGUEZ**,

    Defendant and Third Party Plaintiff,

v.

**WEST VIRGINIA UNIVERSITY
FOUNDATION, INC.**, a West Virginia corporation,

    Third Party Defendant.

## CERTIFICATE OF SERVICE

    I, Sean P. McGinley, hereby certify that the foregoing was served to the following through the Court's ECF system on this 4th day of February 2008:

Thomas V. Flaherty, Esq.
Jeffrey M. Wakefield, Esq.
Jaclyn A. Bryk, Esq.
**FLAHERTY SENSABAUGH & BONASSO, PLLC**
PO Box 3843
Charleston, WV 25338-3843

Robert P. Fitzsimmons, Esq.
Robert J. Fitzsimmons, Esq.
**FITZSIMMONS LAW OFFICES**
1609 Warwood Avenue
Wheeling, WV 26003


/s Sean P. McGinley, Esq.
Sean P. McGinley, Esq. (WV Bar No. 5836)