# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS for and on**
**behalf of WEST VIRGINIA UNIVERSITY,**

        **Plaintiff,**

**v.**                                 **Civil Action No.: 1:08-CV-00041**
                                            **(Honorable John Preston Bailey)**

**RICHARD RODRIGUEZ,**

        **Defendant.**

## CERTIFICATE OF SERVICE

I, Thomas V. Flaherty, counsel for the plaintiff, West Virginia University Board of Governors for and on behalf of West Virginia University, hereby certify that on February 8, 2008, I electronically filed the "**PLAINTIFF WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS' REPLY TO DEFENDANT RICHARD RODRIGUEZ'S RESPONSE TO MOTION TO REMAND AND MOTION FOR COSTS, EXPENSES, AND ATTORNEY FEES**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Sean P. McGinley, Esq.
>DiTrapano, Barrett & DiPiero
>604 Virginia Street, East
>Charleston, West Virginia 25301
>*Counsel for Defendant*

I hereby certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participants this 8th day of February, 2008:

>R. Ethan Davis, Esq.
>Marvin A. Robon, Esq.
>Barkin & Robon, Ltd.
>1701 Woodlands Drive
>Suite 100
>Maumee, Ohio 43537
>*Counsel for Defendant*

  /s/ Thomas V. Flaherty  
Flaherty, Sensabaugh & Bonasso, PLLC  
Post Office Box 3843  
Charleston, West Virginia 25338-3843  
Telephone: (304) 345-0200  
Facsimile: (304) 345-0260